**The below described is SIGNED.**

**Dated: February 25, 2015**

/s/ J T Marker

JOEL T. MARKER
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re:<br><br>KRAIG A. MUNZERT | Case No. 13-21757<br><br>Chapter 7<br><br>Judge: Joel T. Marker |
|---|---|
| **ORDER TO REOPEN CASE UNDER 11 U.S.C. SECTION 350(b)** ||

Based on Debtors' **APPLICATION TO REOPEN CASE UNDER 11 U.S.C. SECTION 350(b)** and applicable law, it is hereby ordered that Case No. 13-21757 be reopened for at least ninety (90) days for the purpose of permitting the Debtor to file a motion to obtain an order to avoid judgment liens that impair his exemption to real property, and to obtain any and further relief as authorized under 11 U.S.C. Section 350(b).

_____ [END OF DOCUMENT] _____

Entered On Docket: 02/25/2015

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER TO REOPEN CASE UNDER 11 U.S.C. SECTION 350(b)** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

| | |
|---|---|
| U.S. Trustee (via ECF) | John R. Riley, Esq. (via ECF) |
| 405 South Main Street Suite 600 | Richards, Riley & Associates, PLLC |
| Salt Lake City, Utah 84111 | Attorneys for Debtors |
| | 9980 S. 300 W., Suite 105 |
| Mary M. Hunt tr (via ECF) | Sandy, Utah 84070 |
| Dorsey & Whitney | |
| 136 South Main Street | |
| Suite 1000 | |
| Salt Lake City, Utah 84101 | |

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

**All parties on the Court's official case matrix**

DATED: February 24, 2015              _____/s/ John R. Riley_____
                                                          John R. Riley

```
                          United States Bankruptcy Court
                                 District of Utah
In re:                                                    Case No. 13-21757-JTM
Kraig A. Munzert                                          Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 1088-2        User: mfm              Page 1 of 2         Date Rcvd: Feb 25, 2015
                            Form ID: pdfor1        Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2015.
db             +Kraig A. Munzert,    8061 Allen Street,    Midvale, UT 84047-7233
8714826        +Asset Acceptance Lic,    2727 Pace Ferry Rd. Se,    Atlanta GA 30339-4053
8714828         Bank One,    270 Park Avenue,    New York NY 10017-2014
8714829        +Bryan Cannon & Associates,    8619 South Sandy Parkway,   Suite 111,   Sandy UT 84070-6404
8714831         Cacv Of Colorado Lic,    370 17th St,    Denver CO 80202-1370
8714832        +Cannon Law Associates,    8619 South Sandy Parkway,   Suite 111,   Sandy UT 84070-6404
8714834        +Capital One Bank Na,    1680 Capital One Dr.,    Mc Lean VA 22102-3407
8714835         First Usa Bank Wachovia,    PO Box 50882,    Henderson NV 89016
8714836        +Hsbc / Orcard Bank,    2700 Sanders Road,    Prospect Heights IL 60070-2701
8714837        +J P Morgan Chase Bank,    270 Park Avenue,    New York NY 10017-7924
8714838         Johnson Riddle & Mark Llc,    11778 S Election Dr,   Suite 240,   Draper UT 84020-6808
8714839         Lvvn Funding,   P.O Box 740281,    Houston TX 77274-0281
8714840         Maraland Bank,    Baltimore & Light St.,    Baltimore MD 21203
8714842        +Northland Group, Inc,    7831 Glenroy Rd.,    Suite 250,   Edina - 55439-3117
8714843        +Ocwen Loan Service,    PO Box 24646,    West Palm Beach FL 33416-4646,    33416 -4646
8714845       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    As Soc iates,   120 Corporate Blvd.,
                Norfolk VA 23502)
8714847       #+Scott Lowery Law Office,,   Pc,    1422 East 71st St.,   Suite B,   Tulsa ox  74136-5060
8714848        +Stephen B. Elggren, Pc,    7390 South Creek Road,    201,   Sandy UT 84093-6123
8714849         Tate & ICirljn Associate,    2810 Southhainpton Rd.,    Philadelphia PA 19154-1207
8714851        +Unifund Ccr Partners,    10625 Techwo Circle,    Cincinnati OR 45242-2846
8714850        +Unj fund Ccr Partners,    10625 Techwo Circle,    Cincinnati OR 45242-2846
8714852        +W-w Recovery Lic,    PO Box 17225,    Salt Lake City UT 84117-0225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8714827        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 26 2015 01:46:38      Asset Acceptance Lic,
                PO Box 2036,    Warren MI 48090-2036
8714833        +E-mail/Text: cms-bk@cms-collect.com Feb 26 2015 01:46:24     Capital Managment Services,   Lp,
                726 Exchange St.,   Suite 700,   Buffalo NY 14210-1464
8714841        +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 26 2015 01:46:54
                Nco Financial Systems, Inc,    507 Prudential Rd.,    Horsham PA 19044-2368
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8714846         R, Bradley Neff P.c.,   Po Box 1128,    RETURNED MAIL--99999
8714830*       +Bryan Cannon & Associates,    8619 South Sandy Parkway,   Suite 111,   Sandy UT 84070-6404
8714844*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Associate L,   120 Corporate Blvd.,
                Norfolk VA 23502)
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 1088-2           User: mfm              Page 2 of 2            Date Rcvd: Feb 25, 2015
                               Form ID: pdfor1        Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2015 at the address(es) listed below:

        John R. Riley    on behalf of Debtor Kraig A. Munzert justin@richardsriley.com, utahhopebk@gmail.com
        Mary M. Hunt tr    hunttrustee@gmail.com,   hunt.peggy@dorsey.com;UT18@ecfcbis.com
        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

        TOTAL: 3